IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      1:13cr306-MHT
RODRIGO ESTAVILLO-AVENDANO  )          (WO)
```

ORDER

Based on the agreement of the parties in open court on September 23, 2014, it is ORDERED that the spelling of the defendant's name is corrected to be "Rodrigo Estavillo-Avendano." The indictment, the docket sheet, and all filings are amended to reflect this correction.

DONE, this the 23rd day of September, 2014.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE